IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TIMOTHY FRANCIS RIPP,

    Plaintiff,

v.

JANEL NICKEL, et al.

    Defendants.

ORDER

Case No. 15-cv-409-bbc

    Plaintiff Timothy Francis Ripp a patient at Sand Ridge Secure Treatment Center in Mauston, Wisconsin has filed a proposed complaint under 42 U.S.C. § 1983, alleging constitutional right violations. Plaintiff requests leave to proceed without prepayment of the filing fee.

    This court uses one method for determining the indigent status of all institutionalized persons, even those like plaintiff who are not subject to the 1996 Prison Litigation Reform Act. This method requires plaintiff to submit a certified copy of a resident account statement for the six-month period immediately preceding the filing of the complaint

    Plaintiff will have to provide a certified copy of plaintiff's resident account statement for the sixth-month period immediately preceding the filing of the complaint if plaintiff intends to pursue the request for leave to proceed without prepayment of the filing fee. Because plaintiff's complaint was submitted on June 29, 2015, the certified resident account statement should cover the period beginning approximately December 29, 2014 and ending approximately June 29, 2015. If plaintiff fails to submit the

required statement within the deadline set below, I will assume that plaintiff wishes to withdraw this action voluntarily.

ORDER

IT IS ORDERED that plaintiff Timothy Francis Ripp may have until July 24, 2015 to submit a certified copy of plaintiff's resident account statement for the period beginning approximately December 29, 2014 and ending approximately June 29, 2015. If, by July 24, 2015, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing this case at a later date.

Entered this 6th day of July, 2015.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge