IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TIMOTHY FRANCIS RIPP,

      Plaintiff,

JUDGMENT IN A CIVIL CASE

15-cv-409-bbc

v.

JANEL NICKEL, TIMOTHY DOUMA,
CAPTAIN SALTER and DANIEL RIPP,

      Defendants.

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Janel Nickel, Timothy Douma, Captain Salter and Daniel Ripp dismissing this case for plaintiff's failure to state a claim upon which relief may be granted.

| /s/ | 10/1/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |